DANIEL W. ANDERSON, ESQ.
Nevada Bar. No.: 9955
MILLS & ANDERSON
703 S. 8th Street
Las Vegas, Nevada 89101
(702) 386-0030
*Attorney for Defendant*
*La Mojarra Loca, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| DURAZO PORK INC., a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LA MOJARRA LOCA, INC., a Nevada domestic corporation; DOE I, an individual, DOES II through XV; and ROE Corporations I through X, inclusive,<br><br>Defendants. | Case Number:<br>2:23-cv-948-GMN-DJA<br><br><br><br>**STIPULATION AND ORDER TO RESET MANDATORY SETTLEMENT CONFERENCE** |

COMES NOW the Defendant, LA MOJARRA LOCA, INC. ("Defendant" or "LML"), by and through their attorney, DANIEL W. ANDERSON, ESQ., of MILLS & ANDERSON, and the Plaintiff DURAZO PORK INC. ("Plaintiff" or "Durazo Pork"), by and through their attorney JOSE E. VALENZUELA, ESQ., of V3 LAW, LLC, hereby stipulate and agree, pursuant to LR IA 6-2, as follows:

1. This instant matter came before the abovementioned Court on Monday, January 6, 2025, at 10:00 a.m. for a mandatory settlement conference.

2. Due to the unavailability of the Defendant's representative, the Settlement Conference will be RESET to a future date. The parties are to provide the Court with five (5) proposed dates within the next sixty (60) days to conduct a settlement conference.

3. Therefore, the parties hereby provide the following five (5) proposed dates as follows: January 23, 2025; January 24, 2025; February 6, 2025; February 7, 2025; and February 11, 2025.

4. This continuance shall not be construed to prejudice either parties' position.

Dated: _____, 2025.      Dated: _____, 2025.

MILLS & ANDERSON                          V3LAW, LLC

/s/ Daniel W. Anderson, Esq.              /s/ Bryanna N. Gutierrez, Esq.
DANIEL W. ANDERSON, ESQ.                  JOSE E. VALENZUELA, ESQ.
Nevada Bar No. 9955                       Nevada Bar No. 12510
703 S. Eighth Street                      BRYANNA N. GUTIERREZ, ESQ.
Las Vegas, NV 89101                       Nevada Bar No. 16088
(702) 386-0030                            4484 S. Pecos Road, Suite 140
Attorneys@millsnv.com                     Las Vegas, NV 89121
Attorney for Defendant                    Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED**. Unfortunately, the Court is unavailable on any of the new proposed dates. Accordingly,

**IT IS HEREBY ORDERED** that the mandatory Settlement Conference previously set before the above-entitled Court on January 6, 2025, at 10:00 a.m., shall be **RESET** to **February 18, 2025, at 10:00 a.m.** at the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV, Courtroom 3A.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Orders (ECF No. 30, 33) shall continue to govern the settlement conference.

Dated: 1/24/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

|  |  |
|---|---|
| **From:** | Bryanna` Gutierrez |
| **Received:** | Wed 1/15/2025 2:32 PM |
| **To:** | Giselle Gutierrez; Jose Valenzuela; Miguel Rivas |
| **Cc:** | Daniel Anderson |
| **Subject:** | RE: Durazo Pork v. La Mojarra Loca |
| **File:** | LA MOJARRA LOCA INC 22-086 |

You can affix my electronic signature and submit this to chambers.

Thank you,



**Bryanna N. Gutierrez, Esq.**
Attorney | V3 LAW LLC
P: 702.930.2929 | F: 702.930.2928
Bryanna@v3law.com   |   www.v3law.com
4484 S. Pecos Rd. Ste. 140 Las Vegas, NV 89121

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** Giselle Gutierrez <giselleg@millsnv.com>
**Sent:** Wednesday, January 15, 2025 2:31 PM
**To:** Bryanna` Gutierrez <Bryanna@v3law.com>; Jose Valenzuela <jose@v3law.com>; Miguel Rivas <Miguel@v3law.com>
**Cc:** Daniel Anderson <dan@millsnv.com>
**Subject:** RE: Durazo Pork v. La Mojarra Loca

No problem. Please see attached.

Best Regards,

*Giselle Gutierrez*
*Mills & Anderson*
*703 S. 8th Street*
*Las Vegas, Nevada 89101*
*Mon-Thurs: 9:00 a.m. - 5:00 p.m.*
*Friday: 9:00 a.m. - 3:00 p.m.*
*T: 702-386-0030*
*\*fax unavailable\**
*http://www.millsnv.com/*

*PRIVILEGE AND CONFIDENTIALITY NOTICE*
*This message is confidential.  It may also be privileged or otherwise protected by work-product immunity or other legal rules.  This email and any files transmitted with it are confidential and*