JOSE E. VALENZUELA III, ESQ.
Nevada Bar No.:12510
BRYANNA N. GUTIERREZ, ESQ.
Nevada bar No.:16088
**V3 LAW, LLC**
4484 S. Pecos Rd., Ste 140
Las Vegas, Nevada 89121
P:(702) 930-2929
F:(702) 930-2928
jose@v3law.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DURAZO PORK INC., a foreign corporation;<br><br>Plaintiff,<br><br>VS.<br><br>LA MOJARRA LOCA, INC a Nevada domestic corporation; DOE I, an individual, DOES II through XV; and ROE corporations I through X, inclusive,<br><br>Defendant | CASE NO. **2:23-cv-948** -GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE DURAZO PORK INC** |

///
///
///
///
///
///
///

1

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Durazo Pork Inc and Defendant La Mojarra Loca, Inc by and through their respective counsel, that the matter be dismissed with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| Dated this 31st day of March, 2025 | Dated this 31st day of March, 2025 |
| MILLS & ANDERSON | V3 LAW, LLC |
| ____/s/ Daniel Anderson_____ | ____/s/ Jose Valenzuela_____ |
| DANIEL W. ANDERSON, ESQ.<br>Nevada Bar. No.: 9955<br>703 S. 8th Street<br>Las Vegas, Nevada 89101<br>(702)386-0030<br>*Attorneys for Defendant* | Jose E. Valenzuela III, ESQ.<br>Nevada Bar No. 012510<br>Bryanna Gutierrez, ESQ.<br>Nevada Bar No. 016088<br>4484 S. Pecos Road., Suite 140<br>Las Vegas, Nevada 89121<br>*Attorneys For Plaintiff* |

**ORDER**

IT IS SO ORDERED.

Dated this  1  day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE